**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**FREDRICK MCDONALD**                                                                      **PLAINTIFF**

**v.**                                                                    **No. 4:08CV7-A-B**

**C.C.A., ET AL.**                                                              **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION
## FOR RELIEF FROM JUDGMENT OR ORDER

This matter comes before the court on the plaintiff's motion for reconsideration of the court's February 20, 2008, memorandum opinion and final judgment dismissing the instant case for failure to state a claim upon which relief could be granted. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion for relief from a judgment or order under FED. R. CIV. P. 60. In the motion for relief from judgment, the plaintiff argues that he is "in the right about [the defendants] refusing [him] medical treatment . . . ." An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order. The plaintiff has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60. In addition, the plaintiff has not presented "any other reason justifying relief from the operation" of the judgment. As such, the plaintiff's request for reconsideration is **DENIED.**

      **SO ORDERED,** this the ___28th___ day of May, 2008.

                                                  **/s/ Sharion Aycock**
                                                  **U. S. DISTRICT JUDGE**